IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08cr16DCB-JCS

DANELLE HARRIS

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 1, 2008, this Court entered a Preliminary Order of Forfeiture, ordering the defendant to forfeit **One Smith and Wesson revolver, Model 10-7, .38 caliber, serial number 4D18058**, (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, notice was served upon Jeannie Arnold by Myrtle Nicholas; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One Smith and Wesson revolver, Model 10-7, .38 caliber, serial number 4D18058** is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United

States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, 188 East Capital Street, Suite 500, Jackson, MS 39201, Attention: Assistant U.S. Attorney Erin O. Chalk.

SO ORDERED:
Dated: July 20, 2009

                                                    s/David Bramlette
                                                  HONORABLE DAVID BRAMLETTE
                                                  UNITED STATES DISTRICT JUDGE